IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

      Plaintiff,                    No. CIV S-10-0541 EFB P

   vs.

BRADFORD, et al.,

      Defendants.          ORDER

                               /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       By order filed April 20, 2010, the court informed plaintiff that on at least three prior occasions, he brought actions while incarcerated that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Dckt. No. 20. Pursuant to 28 U.S.C. § 1915(g), the court denied plaintiff's request for leave to proceed *in forma pauperis* and directed plaintiff to pay the filing fee for this action within 30 days *Id.* The thirty day period has now expired, and plaintiff has not paid the filing fee.

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2   Dated: November 23, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE